**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TOBIAS A. FRANK,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>DERRICK SCHULTZ, et al.,<br><br>　　　　　　Defendants. | NO. EDCV 12-1848 JAK (SS)<br><br>**ORDER ACCEPTING FINDINGS,**<br>**CONCLUSIONS AND RECOMMENDATIONS**<br>**OF UNITED STATES MAGISTRATE JUDGE** |

　　　Pursuant to 28 U.S.C. § 636, the Court has reviewed the Second Amended Complaint in the above-captioned matter, all the records and files herein, and the Report and Recommendation of the United States Magistrate Judge. The time for filing Objections to the Report and Recommendation has passed and no Objections have been received. Accordingly, the Court accepts and adopts the findings, conclusions and recommendations of the Magistrate Judge.

\\

\\

\\

\\

Accordingly, IT IS ORDERED THAT:

1. Plaintiff's access to the courts claim against Defendant Derrick Schultz in Claim One is DISMISSED WITH PREJUDICE for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6).

2. Plaintiff's equal protection claim against Defendant Rosie Byrd in Claim Three is DISMISSED WITH PREJUDICE for failure to state a claim pursuant to Federal Rule of Civil Procedure 12(b)(6).

3. This action may proceed only on the Second Amended Complaint's retaliation claim against Defendant Schultz in Claim Two and due process claim against Defendant Byrd in Claim Four.

The Clerk shall serve copies of this Order on Plaintiff at his current address of record.

DATED: September 6, 2013

JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE