**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| TOBIAS ANTONIO FRANK, | No. EDCV 12-1848 JAK (SS) |
| Plaintiff, | |
| v. | **JUDGMENT** |
| DERRICK SCHULTZ, et al., | |
| Defendants. | |

Pursuant to the Court's Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS HEREBY ADJUDGED that the above-captioned action is dismissed with prejudice.

DATED: May 9, 2014

_____
JOHN A. KRONSTADT
UNITED STATES DISTRICT JUDGE